```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                         EASTERN DIVISION
```

**ROCKY EMIN,**                  )
                                 )
        **Movant,**         )
                                 )
   vs.                          )    No. 4:04CV1648-DJS
                                 )
**UNITED STATES OF AMERICA,**    )
                                 )
        **Respondent.**     )

### JUDGMENT

Pursuant to the memorandum opinion entered herein this day,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that the instant motion to vacate, set aside or correct sentence pursuant to 28 U.S.C. §2255 is granted in part, as to ground one, and denied in part, as to grounds two through four.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that movant is granted relief as follows. The judgment dated October 31, 2003 and entered November 4, 2003 in <u>United States v. Rocky Emin</u>, 4:03CR201-DJS will be ordered vacated, and a new judgment entered, to reopen the time for the filing of a notice of appeal in the criminal case.

Dated this   14th   day of November, 2005.

                                          /s/Donald J. Stohr
                                          UNITED STATES DISTRICT JUDGE